IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH E. GROH | : CIVIL ACTION |
| | : |
| vs. | : |
| | : |
| STATE FARM FIRE & CASUALTY COMPANY | : NO. 02-4749 |

O R D E R

**AND NOW**, this 29th day of August, 2002, upon consideration of defendant's motion for partial dismissal of plaintiff's complaint and plaintiff's response, **IT IS HEREBY ORDERED** that the motion is **DENIED**.

William H. Yohn, Jr., Judge