IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEITH E. GROH | : CIVIL ACTION |
| | : |
| vs. | : |
| | : |
| STATE FARM FIRE & CASUALTY COMPANY | : NO. 02-4749 |

O R D E R

**AND NOW**, this 29th day of August, 2002, the preliminary pretrial conference having been postponed at the request of counsel for the defendant, with the concurrence of counsel for the plaintiff, **IT IS HEREBY ORDERED** that the conference is **RESCHEDULED** for **September 16, 2002 at 4:15 p.m. in Chambers, Room 14613, United States Courthouse, 601 Market Street, Philadelphia, PA  19106**.

William H. Yohn, Jr., Judge