<u>IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

KEITH E. GROH,                          :
                                        :
        Plaintiff                       :   Civil Action
                                        :   No. 02-CV-4749
    v.                                  :
                                        :
STATE FARM FIRE & CASUALTY              :
    COMPANY,                            :
                                        :
        Defendant                       :

<u>                        O R D E R                        </u>

       NOW, this 7th day of March, 2003, it appearing by agreement of counsel that the issues between plaintiff Keith E. Groh and defendant State Farm Fire & Casualty Company have settled, and upon Order of the court pursuant to the provisions of Rule 41.1(b) of the Rules of Civil Procedure for the United States District Court for the Eastern District of Pennsylvania effective July 1, 1995,

       <u>IT IS ORDERED</u> that this action is DISMISSED with prejudice, without costs.

       <u>IT IS FURTHER ORDERED</u> that pursuant to Rule 41.1(b) the within dismissal Order "may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of" the within Order.

                                BY THE COURT:


                                _____
                                James Knoll Gardner
                                United States District Judge